829 F.Supp. 393

SEA-LAND SERVICE, INC. PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 92–01–00019

(Dated June 28, 1993)

ORDER

TSOUCALAS, *Judge:* This case, having been remanded by the United States Court of Appeals for the Federal Circuit, CAFC Docket No. 93–1290, and plaintiff and defendant having stipulated to a settlement in this case, and said stipulation having been approved by the Court, it is hereby

ORDERED that Slip. Op. 93–13 (January 28, 1993) is vacated and set aside; and it is further

ORDERED judgment be entered in accordance with the stipulation entered into by the parties.